# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBBY SEVANT,

    Petitioner,

vs.

SHERYL FOSTER, et al.,

    Respondents.

Case No. 2:14-cv-00531-JCM-VCF

**ORDER**

    The court determined that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#8) had defects in its allegations, and the court gave petitioner the opportunity to file an amended petition to correct those defects. Order (#8). Petitioner has not complied with the court's order within the allotted time. The court will dismiss the action

    This action does not toll the one-year period of 28 U.S.C. § 2244(d). Duncan v. Walker, 533 U.S. 167, 181-82 (2001). If petitioner files a new federal habeas corpus petition, then she is responsible for ensuring that it is timely.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

///

///

///

1    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2    DATED:  November 14, 2014.

_____
JAMES C. MAHAN
United States District Judge